UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD L. GRAY, III,

                    Plaintiff,

  v.

STATE OF WASHINGTON, *et al*.,

                    Defendants.

Case No. C12-664-MJP-JPD

REPORT AND RECOMMENDATION

      Plaintiff is currently incarcerated in the Norm Maleng Regional Justice Center where he is apparently awaiting sentencing on state court criminal charges. He has presented to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 together with an application to proceed with the action *in forma pauperis*. Plaintiff alleges in his complaint that the prosecutor in his state court criminal proceedings violated his federal constitutional rights during the course of those proceedings and thereby denied him a fair trial. Plaintiff seeks dismissal of the criminal case and money damages.

      Where a prisoner challenges the fact or duration of his confinement, his sole federal remedy is a writ of habeas corpus to which the exhaustion requirement applies. *Preiser v. Rodriguez*, 411 U.S. 475, 489-90 (1973). In *Heck v. Humphrey*, 512 U.S. 477 (1994), the United

REPORT AND RECOMMENDATION - 1

States Supreme Court held that a § 1983 claim that calls into question the lawfulness of a plaintiff's conviction or confinement does not accrue "unless and until the conviction or sentence is reversed, expunged, invalidated, or impugned by the grant of a writ of habeas corpus." *Id*. at 489.

A decision in plaintiff's favor on the constitutional claims identified in his complaint would necessarily imply the invalidity of his current confinement. However, plaintiff has not demonstrated that his ongoing confinement has been invalidated in any way. Thus, under *Heck*, plaintiff's § 1983 claims have not yet accrued and are therefore not cognizable in this proceeding. As plaintiff has not stated a cognizable claim for relief in these proceedings, this Court recommends that plaintiff's application to proceed *in forma pauperis* be denied and that this action be dismissed, without prejudice, prior to service, for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1). A proposed Order reflecting this recommendation is attached.

DATED this 8th day of May, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2