UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD L. GRAY, III,

                Plaintiff,

   v.

STATE OF WASHINGTON, *et al.*,

                Defendants.

Case No. C12-664-MJP

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION

    The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, and noting the absence of any opposition, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's application to proceed i*n forma pauperis* (Dkt. No. 5) is DENIED and this matter is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

//

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING ACTION - 1

(3)  The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 5th day of June, 2012.

Marsha J. Pechman
United States District Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING ACTION - 2